UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In Re:

RAAND, LLC,

                Debtor           Case No.

## CORPORATE RESOLUTION AND
## STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, BERYL FRANK, declare under penalty of perjury that I am the President and Managing Member of Raand, LLC, and that on January 24, 2024, the following resolution was duly adopted by Raand, LLC:

"Whereas it is in the best interest of this Corporation to file a voluntary petition in the Untied States Bankruptcy Court pursuant to Chapter 7 of Title 11 of the United States Code.

Be it Therefore Resolved, that BERYL FRANK, PRESIDENT of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 7 bankruptcy case on behalf of the Corporation; and

Be it Further Resolved, that BERYL FRANK, PRESIDENT AND MANAGING MEMBER of this Corporation, is authorized and directed to appear in all bankruptcy proceedings on behalf of the Corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Corporation in connection with such bankruptcy case; and

Be it Further Resolved, that BERYL FRANK, PRESIDENT AND MANAGING

MEMBER of this Corporation is authorized and direct to employ Marc S. Ehrlich, Esq., and Ehrlich Law Firm, PC to represent the Corporation in such bankruptcy case.

Dated: 1/24/24

_____
Beryl Frank